UNITED STATES DISTRICT
SOUTHERN COURT OF NEW YORK
STATE

RECEIVED
OCT -7 2020
PRO SE OFFICE

Michael Lee #3492001663 et. al V.C.B.C
PLAINTIFF(S) et. al.

- against -

Department of Corrections
Commisioner Cynthoria Brannet. al
Defendant(s) et. al.

U.S.C.A § 1983
CLASS ACTION
COMPLAINT

complaint # **20 cv 9500**
#

Do you all want a jury
Trial ☒Yes ☐No

NOTICE

The Public Can access electronic Court files. For
Privacy and security reasons, Papers filed with the
Court should therefore not Contain an indiviuals full
Social security numbers or full birth date. A filing
A filing may include only: the last four digits of a
Social security number, the year of an indivivals
Birth and last four Digits of a financial account number

See FEDERAL RULE OF CIVIL PROCEDURE 5.2

(1)

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☒ Other: 8th Constitutional Amendment Violation Cruel and Unusual Punishment

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Michael                    J.                    Lee (See: V. FACTS Herein, ie. Plaintiffs)

First Name          Middle Initial          Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

3492001663

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Vernon C Baine Center

Current Place of Detention

1 Halleck St    2BA

Institutional Address

Bronx                    New York                    10474

County, City          State          Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced prisoner

☒ Other: Parole Holds or detainee

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: **Cynthania Brann**

First Name        Last Name        Shield #

**New York Department of Corrections Commisioner**

Current Job Title (or other identifying information)

Current Work Address

County, City        State        Zip Code

Defendant 2: **Patsy Yang**

First Name        Last Name        Shield #

**Health Director Commisioner**

Current Job Title (or other identifying information)

Current Work Address

County, City        State        Zip Code

Defendant 3: **Margret Egan**

First Name        Last Name        Shield #

**Board of Correction Executive Director**

Current Job Title (or other identifying information)

Current Work Address

County, City        State        Zip Code

Defendant 4:

First Name        Last Name        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City        State        Zip Code

## V.   STATEMENT OF CLAIM

Place(s) of occurrence: Vernon C Baine Detention Center

Date(s) of occurrence: ▊▊▊ – September, 2020, 23rd.

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Plaintiff(s) Listed below are "all" Being Constitutionally Violated by cruel and unusual punishment 8th Amendment r...Pcision officals MAY NOT subject or force Inmates; pretrial detainee's et.al. to Harsh, dangerous and or improper living Conditions...7 As a Group or Class being identical U.S.C.A §1983 CLASS ACTION COMPLAINT.

| | |
|---|---|
| Michael Lee #3492001663 | Walter WAre #441803480 |
| Sonny Squire #4102000039 | Shamar Calloway #4412001754 |
| Johnathan Martinez #3492000577 | Keemal Cross #1411710237 |
| Curtis Clark #1412002253 | Deryck Brown #241180050l |
| Christopher DeJesus #1412002246 | Hakiem Barrow #. |
| Dewayne Boone #4412001752 | DeVon Parker # 9002000003 |
| Frank Pagan #3492001603 | Theodore Tucker #3492001370 |
| Johnathon Stevens #1412002119 | James Jackson #1411904748 |
| Paul Reed # 1412001725 | Ricardo Gilcabrera #1412005a2 |
| Josiah Pringle #1412001750 | Emmanuel Rosario #3492001164 |
| Carlos Bradley #3102000187 | Manuel Velasquez #3492001339 |
| Hopeton Prendergast #4411905343 | Willet Davidson #3491905326 |
| Willie Smith # 8951906921 | Darius Batts #3491904664 |
| Raymond Salgado #1412001188 | James Clark #1411709283 |
| Timothy Ward #2412001588 | Cyril Sheppard #3492002011 |
| Andre Fonseca #1412002023 | Hakiem Barrow # 862000054 |

(4)

V. STATEMENT OF FACTS: continued:

Micha Michael #4412000457    Andre' Boyd #4411901712

Carl    Henley #2411800815    Luis Moling #3001900157

Branding #3471907402    Lester Pearson #3002006233

Justin manail #4411807062    Gil Graves #3002000211

Noel Fernandez #4411904753    Timothy Linares #5412006200

Plaintiff's herein brought this matter to the Defend-
ant's attention (see Exhibit A herein) On September 25th,
2020...That the Defendants...DELIBERATELY forced
Plaintiffs into an unsafe, harsh living Conditions after
Defendant's acknowledged FACTS "On September 23rd,
2020 On PIX 11 Morning News", That either they lied
and made a Contrary Statement stating "They already have
15 Inmates per Unit or Dormatority's; or they acknowledge
that there's suppose to be ONLY 15 people on an Inside
gathering. Contrary to this Plaintiffs are in Housing units
2-3 times that amount or even up to Max Capacity 50
Inmates in less than 3-4 inches apart in sleeping areas.
All 50 Inmates Share Toilets; Sinks; and Showers. Deeming this
During COVID-19 virus epidemic Improper and unConstitutional
to Not Just a Dangerous Virus but a Deadly virus as aforemen-
tioned Defendants obviously acknowledge. To detain Plaint-
iffs during COVID-19 epidemic is [...Cruel and unusual Punish-
ment...]...Its as Saying as Detainees etc. al. are
not either vulerable to Contracting this Deadly virus and
or were not human enough to be given Same treatment
or afforded the same life saving opportunities, by "SOCIAL
DISTANCE", Mandates by N.Y.C Bill Deblasio or Governor Andrew
Cumo. The Reckless Discegards for human lifes as Detainees
is present without Relief going into and wave. God save our
souls.

(5)

V. STATEMENT OF FACTS: (Continued from pg. 5):

Additional Plaintiff ADD ONS: 2BB Housing Unit

Frank Crawley # 2412001232

Mathew Karelefsky # 1411903366

Rampersaud Persaud # 4411904165

Christopher Johnson # 3492002320

Morris Tate # 2412001025

Eon Struthers # 5102000007

Jonathon Weaver # 1412001833

The ONLY Difference between 2BA Plaintiffs and 2BB Plaintiffs herein is ONLY the number of people in 2BB is between 40-50 max Capacity. But the "V. STATEMENT of FACTS" are identical herein.

( 5A )

VI. INJURIES:

The Inmates and or detainee's listed in this Section "INJURIES", have Contracted or been exposed to this DEADLY Virus while in care and or Custody of the Defendants listed Herein, which were Isolated and treated for COVID-19 these Injured INMATES, and or DETAINEE'S Are:

Hopeton prendergast #4411985343; DeVorn Parker #9002000003

(See Exhibit B herein)

VII RELIEFS:

To have the Plaintiff(s) herein RIGHT(S) to be able to have Constitutional proper; safe living Condition's, During the COVID-19 virus epidemic, as 'New' Revised stipulations of aprox 12ft distance between each person by CDC/Center for Disease Controll; Reducing the CURRENT numbers 45-50 people down to the Number of 15 people or LESS on an inside gathering, Thats Defendants; Mayor Bill Deblasio; and N.Y. Governor Andrew Cumo state and OUTLINED for D.O.C.C.S Inmates; Detainees; and parole violators that the following "WOULD be", released; R.O.R; and Reinstated etc. for parole's. The First to be Released etc. see supra. are:

1). Parolee's

2). Those 50 and or 60 years or older

3). Those with underlying Health Condition's that make them vulnerable to the virus

4). Those with non-violent charge(s); EXCEPT those who have violent charges with underlying health Conditions that make the vulnerable to the virus which District Attorney office would HAVE to CONSIDER weather its in the best of Interest of Justice to Release; DIMISS; R.O.R detainee or not. Moreso

The Deliberate Action's by the Defendant(s) to place the Plaintiff(s) herein in harm's way that could or can cause DEATH from this DEADLY COVID-19 virus which is Cruel and unusual Punishment which violates the Plaintiff(s)

(6)

VII. RELIEFS                                    Continued :

Constitutional 8th AMENDMENT Right Therefore EACH
Plaintiff Herein Should Receive $150,000.00 dollars apiece
from the Defendants; NEXT,
The Plaintiff(s) who got Infected with this DEADLY COVID-
19 Virus (see VI. INJURIES herein) from Defendants NEGLIGENCE
is also an additional 8th Amendment violation(s) of Cruel
and Unusual punishment and a Direct Result of Defendant(s)
Deliberate/NEGLIGENCE there these particular Plaintiff(s)
should Receive an additional Sum of $ 150,000.00 dollars
from Defendants.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 9/29/20 | Michael J Lee |
|---|---|
| Dated | Plaintiff's Signature |

| Michael | J. | Lee |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 1 Halleck st 28A | | |
|---|---|---|
| Prison Address | | |

| Bronx | New York | 10474 |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: 9/29/20

(8)

VII. PLAINTIFF'S CERTIFICATION AND WARNING

Continued:

DATED: 9/29/20
_Cyril Blugreed_
PLAINTIFF'S Signature
1 Halleck St BX NY 10474
Prisioners Full Address

DATED 9/29/20
_Lacah Hylke_
Plaintiff's Signature
1 Halleck St Bx NY 10474
Prisioners Full Address

DATED 9/29/20
_Deanna Parker_
Plaintiff Signature
1 Halleck st Bx, N.Y. 10474
Prisioners Full Address

DATED 9/29/20
_Carlos Bonilla_
Plaintiff's signature
1 Halleck st Bx NY 10474
Prisioners Full Address

DATED 9/29/20
_Willie Dauses_
Plaintiff's Signature
1 Halleck St Bx NY 10474
Prisioners Full Address

DATED 9/29/20
_Nock Ba_
Plaintiff's signature
1 Halleck st Bronx NY 10474
Prisioners Full Address

DATED 9/29/20
_Jeffrey Pleasheed_
Plaintiff's signature
1 Halleck St Bx NY 10474
Prisioners Full Address

DATED 9/29/20
_Paul Reed_
Plaintiff's signature
1 Halleck st Bronx NY 10474
Prisioners Full Address

DATED 9/29/20
_Teodore Tucker_
Plaintiff's signature
1 Halleck st Bx NY 10474
Prisioners Full Address

DATED 9/29/20
_Noel Arsumumn_
Plaintiff's signature
24 Halleck st Bx NY 10474
Prisioners Full Address

DATED 9/29/20
_Emmanuel Rosario_
Plaintiff's Signature
1 Halleck st Bx NY 10474
Prisioners Full Address

(9)

VII. PLAINTIFFS CERTIFICATION AND WARNING

Continued:

9/29/20
DATED

_Ricardo Gilcoban_
PLAINTIFFS Signature

_1 Halleck st Bx NY 10474_
Prisioners Full Address

9/29/20
DATED

_James Jackson_
PLAINTIFFS Signature

_1 Halleck st Bronx N.Y. 10474_
Prisioners Full Address

9/29/20
DATED

_Gordon Rowley_
Plaintiffs Signature

_1 Halleck st Bx NY 10474_
Prisioners Full Address

9/29/20
DATED

_Carl Jenkins_
Plaintiff's Signature

_1 Halleck st Bx NY 10474_
Prisioners Full Address

9/29/20
DATED

_James Clark_
Plaintiffs Signature

_1 Halleck St Bx NY 10474_
Prisioners Full Address

9/29/20
DATED

_Andre Fonseca_
Plaintiffs Signature

_1 Halleck St Bx NY 10474_
Prisioners Full Address

9/29/20
DATED

_Jonathan Martin_
Plaintiffs Signature

_1 Halleck st Bx NY 10474_
Prisioners Full Address

9/29/20
DATED

_Anthony Perez_
Plaintiffs Signature

_1 Halleck st Bx NY 10474_
Prisioners Full Address

9/29/20
DATED

_Keenal Cook_
Plaintiffs Signature

_1 Halleck St Bx NY 10474_
Prisioners Full Address

(10)

VII. PLAINTIFFS CERTIFICATION AND WARNING

Continued:

Willie Smith
Plaintiffs Signature

9/29/20
DATED

1 Halleck St. Bronx, N.Y. 10474
Prisioners Full Address

Wallis Ware
Plaintiffs Signature

9/29/20
DATED

1 Halleck St. Bronx, N.Y. 10474
Prisioners Full Address

Shanaal Galloway
Plaintiffs Signature

9/29/20
DATED

BARROCKAway - 1 Halleck St By NY 10474
Prisioners Full Address

Tim Ward
Plaintiffs Signature

9/29/20
DATED

1 Halleck St. Bronx, N.Y. 10474
Prisioners Full Address

Deuuane Brown
Plaintiffs Signature

9/29/20
DATED

1 Halleck St. Bronx NY 10474
Prisioners Full Address

Lester Pearson 300000033
Plaintiffs Signature

9/29/20
DATED

1 Halleck St Bronx NY 10474
Prisioners Full Address

Bill Smiles
Plaintiffs Signature

9/29/20
DATED

1 Halleck St Bronx NY 10474
Prisioners Full Address

John ....
Plaintiffs Signature

9/29/20
DATED

1 Halleck St Bronx NY 10474
Prisioners Full Address

J. Lince
Plaintiffs Signature

9/29/20
DATED

1 Halleck St. Bronx, N.Y. 10474
Prisioners Full Address

(11)

VII. PLAINTIFFS CERTIFICATION AND WARNING

Continued?

DATED 9/29/20

_____
Plaintiffs Signature

1 Halleck St. Bx. N.Y. 10474
Prisioners Full Address

DATED 9/29/20

Mauo Velasovez
Plaintiffs Signature

Halleck St Bx N.Y. 10474
Prisioners Full Address

DATED 9/29/20

Darius Batts
Plaintiffs Signature

1 Halleck St Bx N.Y. 10474
Prisioners Full Address

DATED 9/29/20

Curtis Clark
Plaintiffs Signature

1 Halleck St Bx N.Y. 10474
Prisioners Full Address

DATED 9/29/20

_____
Plaintiffs Signature

1 Halleck St Bx N.Y. 10474
Prisioners Full Address

DATED 9/29/20

_____
Plaintiffs Signature

1 Halleck St Bx N.Y. 10474
Prisioners Full Address

DATED 9/29/20

Michael White
Plaintiff's Signature

1 Halleck St Bx NY 10474
Prisioners full Address

DATED 9/29/20

Andre Cook
Plaintiffs Signature #441 19 01702

1 Halleck St Bronx N.Y. 10474
Prisioners full Address

DATED

_____
Plaintiffs Signature

_____
Prisioners Full Address

(13)

# VII. PLAINTIFF'S CERTIFICATION AND WARNING

Continued:

_Edward Branch_
PLAINTIFF'S Signature

9/29/20
DATED

1 Halleck Street Bronx, N.Y. 10974
Prisoners full Address

Matthew Karelefsky
Plaintiffs Signature

9/29/20
DATED

1 Halleck Street Bronx, N.Y. 10974
Prisoners full Address

_Renprensand Richaud_
Plaintiff's Signature

9/29/20
DATED

1 Halleck street Bronx, N.Y. 10974
Prisoners full Address

_Matt S Tete_
Plaintiff's Signature

9/29/20
DATED

1 Halleck street Bronx, N.Y. 10974
Prisoners full Address

_Jonathan Weeks_
Plaintiffs Signature

9/29/20
DATED

1 Halleck Street Bronx, N.Y. 10974
Prisioners full Address

_Eic Struther_
Plaintiff's Signature

9/29/20
DATED

1 Halleck Street Bronx, N.Y. 10974
Prisioners full Address

_French Crowley_
Plaintiffs Signature

9/29/20
DATED

1 Halleck Street Bronx, N.Y. 10974
Prisioners full Address

_Quann Pierre_
Plaintiffs Signature

9/29/20
DATED

1 Halleck Street Bronx, N.Y. 10974
Prisioners full Address

_M. Christopher Thomas_
Plaintiffs Signature

9/29/20
DATED

1 Halleck street Bronx, N.Y. 10974
Prisioners full Address

(13)

EXHIBIT A

#311 COMPLAINT #

Leslie Parson EC-0019457
NAME & Complaint or Confirmation #

Salvatore Baldwin EC0019519
NAME & Confirmation or Complaint #

Horton Prendergast ELC 0019-4545
NAME & Confirmation or Complaint #

Dewayne Payne EC-001-94518
NAME & Confirmation or Complaint #

Andre Fonseca EC-0019555a
NAME & Confirmation or Complaint #

Justin Mogil EC 0082121
NAME & Confirmation or Complaint #

James Clark EC 0019457a
NAME & Confirmation or Complaint #

Emmanuel Rosario EC0019453I
NAME & Confirmation or Complaint #

Willet Davidson EC-00-194543
NAME & Confirmation or Complaint #

Luis Salas EC0019453
NAME & confirmation or complaint #

Cyril Sheppard EC-00194547
NAME & Confirmation or complaint #

Paul Reed EB-00194515
NAME & confirmation or complaint #

Tim Ward EC-00194554
NAME & Confirmation or complaint #

Jonathan Stevens EC-0019455
NAME & confirmation or complaint #

Curtis Clark EC-0019454a
NAME & confirmation or complaint #

Carl Henley EC-0019453 0
NAME & confirmation or complaint #

Keemalcross EC-0019457a
NAME & confirmation or complaint #

Theodore Tucker EC-001946
NAME & confirmation or complaint #

Walter Ware EC-00194569
NAME & confirmation or complaint #

Willie Smith EC-0019455a
NAME & Confirmation or complaint #

Raymond Salgado EC0019485a
NAME & Confirmation or Complaint #

Johnny Blanding EC0019747 5
NAME & Confirmation or Complaint #

Manuel Volssquez EC0019451 3
NAME & Confirmation or Complaint #

Devon Parker EC-00194851
NAME & confirmation or complaint #

# EXHIBIT A (continued)

## *311 COMPLAINT #

Hakiem Barrow EC-00199876
NAME & confirmation or complaint #

Derrick Brown EC-00195076
NAME & confirmation or complaint #

Michael Lee EC-00195057
NAME & confirmation or complaint #

Darius Batts Did not or Refusal give him !
NAME & confirmation or complaint #

Frank Pagan Did not or Refused to give him |
NAME & confirmation or complaint #

Josiah Pringle Did not or Refused give him 1
NAME & confirmation or complaint #

Shamar Galloway EC00194689
NAME & confirmation or complaint #

Christopher DeJesus EC00194511
NAME & confirmation or complaint #

Noel Fernandez EC00195054
NAME & confirmation or complaint #

Ricardo Gilcabrera EC00195326
NAME & confirmation or complaint #

Johnathon Martinez Did not give him 1
NAME & confirmation or complaint #

Timothy Linares Did not give him 1
NAME & confirmation or complaint #

Michael Miele EC-00194836
NAME & Confirmation or Complaint #

Sonny Squire Did not give him 1
NAME & confirmation or complaint #

Frank Crowley EC-00195413
NAME & confirmation or complaint #

Mathew Karelefsky EC-00195434
NAME & confirmation or complaint #

Rampersaud Persaud Did not give him 1
NAME & confirmation or complaint #

Christopher Johnson EC00195349
NAME & confirmation or complaint #

Marcis Tate EC-00195499
NAME & confirmation or complaint #

Eon Struthers EC-00194955, EC-00185407
NAME & Confirmation or complaint #

Jonathon weaver EC00195783
NAME & confirmation or complaint #

UNITED STATES DISTRICT
SOUTHERN COURT OF NEW YORK
STATE

U.S.C.A § 1983
CLASS ACTION
COMPLAINT

Michael Lee #39420001463 et.al v.C.B.C
PLAINTIFF(S) et.al.

complaint #
#

- against -

DO you all want a jury
Trial ☒Yes ☐NO

Department of Corrections
Commissioner Cynthaia Bonnet.91
Defendant(s) et. al.

NOTICE

The Public can access electronic Court Files. For
Privacy and Security reasons, Papers filed with the
Court should therefore not contain an individuals full
Social Security numbers or full birth date. A filing
A filing may include only; the last four digits of a
Social Security number; the year of an individuals
Birth and last four Digits of a financial account number

See FEDERAL RULE OF CIVIL PROCEDURE 5.2

(1)

# EXHIBIT B/ PLAINTIFFS INJURIES

Under Penalty of Person I affirm the below statements etc. is true

3/21/20
DATE OF INJURY

Horton Prendergast #44119D5342
Plaintiffs & B&C #

TO B1O5 #16073428 , Lab Site :BioReference
Laboratories, Inc, Physician Ordered : Kim Eun Lee
(Kimeak) (See # of References therein)

_____

_____

_____

_____

_____

Brief Description , etc.

_____
Plaintiffs Signature

---

Devon Parker #90020003
Plaintiffs name : B&C #

afron End March 2020
DATE OF INJURY

was denied a COVID-19 Test on Rikers Island
But went directly to Bellevue Hospital in Manhattan
New York where Doctors etc. al. Reported loss of
taste, smell, and had enlarged heart value was created
from Contraction of Positive COVID-19 symphtoms :
(ie. Hospital visit inbetween middle August - beginning
September 2020)

Brief Description , etc.

_____
Plaintiff Signature

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☒ Other: 8th Constitutional Amendment Violation Cruel
      and Unusval punishment

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

| Michael | J. | Lee (See N. FACTS Herein, ie. Plaintiffs) |
|---------|-----|----------------|
| First Name | Middle Initial | Last Name |

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

349200 1663

Vernon C. Baine Center

Current Place of Detention

| 1 Halleck St | 2BA |
|--------------|-----|

Institutional Address

| Bronx | New York | 10474 |
|-------|----------|-------|
| County, City | State | Zip Code |

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced prisoner

☒ Other: Parole Holds or detainee

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**

| Cynthania | Brann | |
|-----------|-------|-----|
| First Name | Last Name | Shield # |

New York Department of Corrections Commisioner
Current Job Title (or other identifying information)

Current Work Address

| | | |
|-----------|-------|-----|
| County, City | State | Zip Code |

**Defendant 2:**

| Patsy | Yang | |
|-----------|-------|-----|
| First Name | Last Name | Shield # |

Health Director Commisioner
Current Job Title (or other identifying information)

Current Work Address

| | | |
|-----------|-------|-----|
| County, City | State | Zip Code |

**Defendant 3:**

| Margret | Egan | |
|-----------|-------|-----|
| First Name | Last Name | Shield # |

Board of Correction Executive Director
Current Job Title (or other identifying information)

Current Work Address

| | | |
|-----------|-------|-----|
| County, City | State | Zip Code |

**Defendant 4:**

| | | |
|-----------|-------|-----|
| First Name | Last Name | Shield # |

Current Job Title (or other identifying information)

Current Work Address

| | | |
|-----------|-------|-----|
| County, City | State | Zip Code |

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Vernon C Bains Detention Center

Date(s) of occurrence: ▓▓▓▓ – September, 2020, 23rd.

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Plaintiff(s) listed below are "all" Being Constitionally Violated by cruel and unusual punishment 8th Amendment...Prison officals MAY NOT Subject or force Inmates, Pretrial detainee's et.al. to Harsh, dangerous and or improper living Conditions...] As a Group or Class being identical U.S.C.A §1983 CLASS ACTION COMPLAINT.'

| | |
|---|---|
| Michael Lee #349200 1663 | Walter WARd #441803480 |
| Sonny Squire #11026200039 | Shamar Calloway #4412001754 |
| Johnathan Marinez#3492001517 | Keemo Cross#141710031 |
| Curtis Clark#1412002253 | Derick Brown#2411800501 |
| Christopher Deigsus#1412062246 | Hakiem Barrow # |
| Dewayne Boone #4412001752 | DeVon Parker # 900 2000 003 |
| Frank Pagan #3492001603 | Theodore Tucker#3492061310 |
| Johnathan Stevens#1412002219 | James Jackson#141190148 |
| Paul Reed #1412001725 | Ricardo Gilcabrera#1412005a2 |
| Josiah Pringle #1412001750 | Emmanuel Rosario#3492001164 |
| Carlos Bradley #3102000187 | Manuel Velasquez#3492001339 |
| Hopeton Prendergast #4411905393 | Willet Davidson#3491105336 |
| Willie Smith #895196621 | Darius Batts#341190 1664 |
| Raymond Salgado#1413001188 | James clark#1411709283 |
| Timothy Ward #41186 1538 | Cyril Shepperd#3492002011 |
| Andre Fonseca#1412002023 | Hakiem Barrow# 312000054 |

(4)

V. STATEMENT OF FACTS:

Michael Carl #441200457    Andre' Boyd #441 14 01712 continued:
Carl    Henley #3411800815    Luis Molina #300190151
Justin Maffei #3491907400    Lester Peacock #300200233
Noel ~~Ser~~nandez #441190453    Gil Graves #300200211

Timothy Linares #3412000200
Plaintiff's herein brought this matter to the Defend-
ants attention (see Exhibit A herein) On September 25th,
2020...That the Defendants...OELIBERATELY forced
Plaintiffs into an unsafe, harsh living conditions after
Defendant's acknowledged FACTS "On September 23rd,
2020 On PIX II Morning News" That either they lied
and made a Contrary Statement stating "They already have
15 Inmates per Unit or Dormototory's, or they acknowledge
that there's suppose to be ONLY 15 People on an Inside
gathering. Contrary to this, Plaintiffs are in Housing units
2-3 times that amount or even up to Max Capacity 50
Inmates in less than 3-4 inches apart in sleeping area's.
All 50 Inmates Share Toilets; sinks; and showers. Deeming this
during COVID-19 virus epidemic Improper and Unconstitutional
to Not just a Dangerous virus but a Deadly virus as aforemen-
tioned Defendants obviously acknowledge. To detain Plaint-
iffs during COVID-19 epidemic is (...Cruel and Unusual Punish-
ment...): Its as Saying as Detainee's etc... are not either
vulnerable to Contracting This Deadly virus, and or were not
human enough to be given the Same human treatment or afforted
the Same life Saving opportunities by "SOCIAL DISTANCE" Mandates
by Bill Deblasio and Governor Andrew Cumo. The Reckless Disregard
for human lifes as Detainee's is Present without Relief going
into and we've God Save our Soul's

(5)

VI. INJURIES.

The Inmates and or detainee's listed in this Section

"INJURIES" have Contracted or been exposed to this DEADLY Virus while in care and or Custody of the Defendants listed Herein which were Isolated and treated for CoVID-19 these Injured INMATES, and or DETAINEE'S Are:

Hopeton Pre det gaal #441905343; DeVora Parker #90020003

(See Exhibit B herein)

VII RELIEFS:

To have the Plaintiff(s) herein RIGHT(S) to be able to have Constitutional proper Safe living Condition's During the CoVID-19 Virus epidemic, as 'New' Revised stipulations' of apron laft distance between each person by CDC Center for Disease Control; Reducing the CURRENT numbers 45-50 people down to the Number of 15 People or LESS on an inside gathering That's Defendants, Mayor Bill DeBlasio, and N.Y. Governer Andrew Cuomo State and OUTLINED for D.O.C.C.S

Inmates; Detainees; and parole Violaters that the following "Would be", released, R.O.R, and Reinstated etc. for parole's.

The First to be Released etc. see sworn are:

1). Parolee's

2). Those 50 and or 60 years or older

3). Those with underlying Health Condition's that make them vulnerable to the virus

4). Those with non-violent charge(s). EXCEPT those who have violent charges with underlying health Conditions that make the vulnerable to the Virus which District Attorney office would HAVE to CONSIDER weather its in the best of Interest of Justice to Release, DIMISS, R.O.R detainee or not. MORESO.

The Deliberate Action's by the Defendant(s) to place the Plaintiff(s) herein in harm's way that Could or can Cause DEATH from this DEADLY CoVID-19 Virus which is Cruel and unusual Punish ment which Violates the Plaintiff(s)

(6)

V. STATEMENT OF FACTS: (Continued from Pg. 5):

Additional Plaintiff ADD ONS: 2BB Housing unit

Frank Crawley #241 2001232

Mathew Korelefsky #141903366

Rampersaud Persaud #441904165

Christopher Johnson #349 2002326

Morris Tate #2412001025

Eon Struthers #5102000067

Johnathon Weaver #141 2001833

The ONLY Difference between 2BA Plaintiffs and 2BB
Plaintiffs herein is ONLY the number of people in 2BB
is between 40-50 max capacity. But the V STATEMENT OF
FACTS" are identical herein.

(5A)

VII. RELIEFS                    Continued:

Constitutional 8th AMENDMENT Right therefore EACH
Plaintiff Herein Should Receive $150,000.00 dollars apiece
from the Defendants; NEXT,

The Plaintiff(s) who got Infected with this DEADLY COVID-
19 virus (see VI. INJURIES herein) from Defendants NEGLIGENCE
is also an additional 8th Amendment violation(s) of Cruel
and unusual punishment and a Direct result of Defendant(s)
Deliberate NEGLIGENCE there these particular Plaintiff(s)
should Receive an additional Sum of $150,000.00 dollars
from Defendants.

(7)

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 9/29/20 | Michael J. Lee |
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| Michael | J. | Lee |
| First Name | Middle Initial | Last Name |

| | | |
|---|---|---|
| 1 Halleck st 26A | | |
| Prison Address | | |

| | | |
|---|---|---|
| Bronx | New York | 10474 |
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: 9/29/20

(8)

Continued:

VII. PLAINTIFF'S CERTIFICATION AND WARNING

9/29/20
DATED:

Capri Blugreen
PLAINTIFF'S Signature

1 Halleck St Bx NY 10474
Prisioners Full Address

9/29/20
DATED

Reuben Kyle
Plaintiff's Signature

1 Halleck St Bx NY 10474
Prisioners Full Address

9/29/20
DATED

Deron Parker
Plaintiff's Signature

1 Halleck St N.Y. 10474
Prisioners Full Address

9/29/20
DATED

Carlos Bailey
Plaintiff's Signature

1 Halleck St Bx NY 10474
Prisioners Full Address

9/29/20
DATED

Willet Davis
Plaintiff's Signature

1 Halleck St Bx NY 10474
Prisioners Full Address

9/29/20
DATED

Alyck Ben
Plaintiff's Signature

1 Halleck St Bronx NY 10474
Prisioners Full Address

9/29/20
DATED

Johnny Sanchez
Plaintiff's Signature

1 Halleck St Bx NY 10474
Prisioners Full Address

9/29/20
DATED

Paul Reed
Plaintiff's Signature

1 Halleck st Bronx NY 10474
Prisioners Full Address

9/29/20
DATED

Teodore Tucker
Plaintiff's Signature

1 Halleck St Bx NY 10474
Prisioners Full Address

9/29/20
DATED

Noel Arizmendi
Plaintiff's Signature

1 Halleck St Bx NY 10474
Prisioners Full Address

9/29/20
DATED

Emmanuel Rosario
Plaintiff's Signature
10474

1 Halleck St Bx NY
Prisioners Full Address

(9)

# VII. PLAINTIFFS CERTIFICATION AND WARNING

continued:

9/8/20
DATED

Ricardo Gilcoban
PLAINTIFFS Signature

1 Halleck St BX NY 10474
Prisioners Full Address

---

9/29/20
DATED

James Jordan
PLAINTIFFS Signature

1 Halleck st Bronx NY 10474
Prisioners Full Address

---

9/29/20
DATED

Harrison Rowland
Plaintiffs Signature

1 Halleck St BX NY 10474
Prisioners Full Address

---

9/29/20
DATE D

Carl Jewberry
Plaintiff's Signature

1 Halleck st BX NY 10474
Prisioners Full Address

---

9/29/20
DATED

James Clark
Plaintiffs Signature

1 Halleck St BX NY 10474
Prisioners Full Address

---

9/29/20
DATED

Andre Fonseca
Plaintiffs Signature

1 Halleck St BX NY 10474
Prisioners Full Address

---

9/29/20
DATED

Jonathan Meadows
Plaintiffs Signature

1 Halleck st BX NY 10474
Prisioners Full Address

---

9/29/20
DATED

Anthony Devine
Plaintiffs Signature

1 Halleck st BX NY 10474
Prisioners Full Address

---

9/29/20
DATED

Kernal Crow
Plaintiffs Signature

1 Halleck St BX NY 10474
Prisioners Full Address

(10)

# VII. PLAINTIFFS CERTIFICATION AND WARNING
## Continued:

9/29/20
DATED

Willie Smith
Plaintiffs Signature

1 Halleck St. Bronx, N.Y. 10474
Prisioners Full Address

9/29/20
DATED

Walter Wall
Plaintiffs Signature

1 Halleck St. Bronx, N.Y. 10474
Prisioners Full Addres

9/29/20
DATED

Shaniak Calloway
Plaintiffs Signature
FAR ROCKAWAY - 1 Halleck St BY N.Y. 10474
Prisioners Full Address

9/29/20
DATED

Tim Ward
Plaintiffs Signature

1 Halleck St Bronx N.Y. 10474
Prisioners Full Address

9/29/20
DATED

Dewayne Brown
Plaintiffs Signature
1 Halleck ST. Bronx NY 10474
Prisioners Full Address

9/29/20
DATED

Lester Pearson 30800083
Plaintiffs Signature

1 Halleck st Bronx NY 10474
Prisioners Full Address

9/29/20
DATED

Bill Speaks
Plaintiffs Signature
1 Halleck St Bronx NY 10474
Prisioners Full Address

9/29/20
DATED

John xxx
Plaintiffs Signature

1 Halleck st bronx ny 10474
Prisioners Full Address

9/29/20
DATED

T. Pierce
Plaintiffs Signature

1 Halleck St. Bronx N.Y. 10474
Prisioners Full Address

(11)

VII. PLAINTIFFS CERTIFICATION AND WARNING

continued?

_____
Plaintiffs Signature

9/29/20
DATED

1 Halleck St. Bx, N.Y. 10474
Prisioners Full Address

_____
Mauel Velasquez
Plaintiffs Signature

9/29/20
DATED

1 Halleck St Bx N.Y. 10474
Prisioners Full Address

_____
Darius Batts
Plaintiffs Signature

9/29/20
DATED

1 Halleck St Bx N.Y. 10474
Prisioners Full Address

_____
Curtis Clark
Plaintiffs Signature

9/29/20
DATED

1 Halleck St Bx, N.Y. 10474
Prisioners Full Address

_____
Plaintiffs Signature

9/29/20
DATED

1 Halleck St Bx, N.Y. 10474
Prisioners Full Address

_____
Plaintiffs Signature

9/29/20
DATED

1 Halleck St Bx, N.Y. 10474
Prisioners Full Address

_____
Mishol Villafa
Plaintiffs Signature

9/29/20
DATED

1 Halleck St Bx NY 10474
Prisioners Full Address

_____
Plaintiffs Signature #441.19.01762

9/29/20
DATED

1 HALLECK ST. Bronx NY 10474
Prisioners Full Address

_____
Plaintiffs Signature

_____
DATED

_____
Prisioners Full Address

(12)

EXHIBIT A

Continued:

*311 COMPLAINT #

Hakiem Barrow EC-0019876
NAME & Confirmation or complaint #

Derick Brown EC-0019507G
NAME & confirmation or complaint #

Michael Lee EC-0019505]
NAME & confirmation or complaint #

Darius Botts Did not give 1
NAME & confirmation or complaint #

Frank Pagan Did not give 1
NAME & confirmation or complaint #

Josiah Prince Did not give 1
NAME & confirmation or complaint #

Shamar Galloway ECO0194689
NAME & confirmation or complaint #

Christopher DeJesus ECO019511
NAME & confirmation or complaint #

Noel Fernandez EC00195054
NAME & confirmation or complaint #

Ricardo Gilcabrera EC0019532G
NAME & confirmation or Complaint #

Johnathon Martinez Did not give him one
NAME & confirmation or complaint #

Timothy Linares
NAME & confirmation or complaint #

Michael Mich EC-0019836
NAME & confirmation or complaint #

Sonny Squire Did Not give him one
NAME & confirmation or complaint #

Frank Crowley EC-0019543
NAME & confirmation or complaint #

Matthew Karelefsky EC-0019434
NAME & confirmation or complaint #

Rampersaud Persaud Did not give him one
NAME & confirmation or complaint #

Christopher Johnson ECO019349
NAME & confirmation or complaint #

Morris TATE EC-0019579
NAME & confirmation or complaint #

Ean Struthers EC-0019455-EC-0018597
NAME & confirmation or complaint #

Jonathon Weaver EC0019583
NAME & confirmation or complaint #

# EXHIBIT A
## *311 COMPLAINT #

Lester Pearson EC-00194657
NAME & Complaint #

Sula Carlis RC-00195191
NAME & Confirmation #

Horton Prendergast E.C 0019-4545
NAME & Confirmation or Complaint #

Dewayne Boone EC-001-94518
NAME & confirmation or Complaint #

Andre Fonseca EC-00195552
NAME & Confirmation or Complaint #

John mcneil EC 00232121
NAME & Confirmation or Complaint #

James Clark EC00194522
NAME & Confirmation or Complaint #

Emmanuel Rosario EC00194531
NAME & Confirmation or Complaint #

Willet Davidson EC-DD-194543
NAME & Confirmation or complaint #

Luis Matias EC00194534
NAME & confirmation or Complaint #

Cyril Sheppard EC-00194547
NAME & Confirmation or Complaint #

Paul Reed EB-00194515
NAME & confirmation or Complaint #

Inn Ward EC-00194554
NAME & confirmation or Complaint #

Jonathan Stevens EC-00194559
NAME & confirmation or complaint #

Curtis Clark EC-00194542
NAME & confirmation or complaint #

Carl Henley EC-00194530
NAME & confirmation or complaint #

Keemalcross EC-00194572
NAME & confirmation or complaint #

Theodore Tucker EC-00194G
NAME & confirmation or complaint #

Walter Ware EC-00194569
NAME & confirmation or complaint #

Willie Smith EC-00194552
NAME & confirmation or complaint #

Raymond Salgado EC00194812
NAME & confirmation or complaint #

Johnny Blanding EC00194575
NAME & confirmation or complaint #

Manuel Volsquez EC00194573
NAME & confirmation or complaint #

Devon Parker EC-00194851
NAME & confirmation or complaint #

# EXHIBIT B/ PLAINTIFF(s) INJURIES

*Under Penalty of Perjury I affirm the below Information is true*

3/21/20
DATE OF INJURY

Hopeton Prendergast #441905343
PLAINTIFFS NAME & B & C #

TO BIOR #102734188; Lab Site: BioReference
Laboratories, Inc; Physician ordered: Kim Eun
Lee (see # of References therein)

Brief Description, etc.

Plaintiffs Signature

approx End March 2020
DATE OF INJURY

DevoM Parker #9002000003
Plaintiffs Name & B & C #

was denied a COVID-19 Test on Rikers
Island. But went directly to Belevue Hospital
in Manhattan New York where Doctors etc. al,
Reported loss of taste, smell, and had enlarged
heart valves was created from Contraction
of Positive COVID-19 Symphtoms (i.e. Hospital
Visit inbetween middle August 2020 - Begining
September, 2020).

Brief Description, etc.

Plaintiffs Signature

Michael Lee #3492001663
V.C.BC
1 Halleck Street
Bronx, N.Y.
10474



PRO SE INTAKE    GP

CLERK OF COURT/
UNITED STATES
DISTRICT COURT
OF SOUTHERN DISTRICT
OF NEW YORK STATE
U.S. COURT HOUSE
500 Pearl Street
New York, New York 10007

USM-3
SDNY

RECEIVED
OCT - 7 2020
PRO SE OFFICE



RECEIVED
OCT 06 2020
CLERK'S OFFICE
S.D.N.Y.

RECEIVED
2020 OCT -6 PM 2:23
CLERK'S OFFICE
SDNY

RECEIVED
2020 OCT -6 PM 2:23
CLERK'S OFFICE
SDNY

CONFIDENTIAL
LEGAL MAIL