UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

WILLET DAVIDSON,

                           Plaintiff,

        -against-                           20 Civ. 9500 (LGS)

NEW YORK CITY DEPARTMENT OF              ORDER OF SERVICE
CORRECTIONS et al.,

                         Defendants.

---------------------------------------------------------------

Lorna G. Schofield, United States District Judge:

       WHEREAS, incarcerated pro se Plaintiff filed a Second Amended Complaint ("SAC") alleging violations of the Eight and Fourteenth Amendments due to lack of social distancing in his prison dormitory during the COVID-19 pandemic (Dkt. No. 12).  The SAC requests that (1) Plaintiff be released from custody due to underlying health conditions that place him at risk for COVID-19; (2) that Plaintiff's dormitory be maintained at 50% capacity per public health guidelines; (3) enforcement of social distancing; (4) installation of safety dividers between the beds in the dormitory and (5) damages.  Plaintiff has filed a letter motion requesting the Court grant the relief set forth in the SAC (Dkt. No. 13).  Construing pro se Plaintiff's pleadings liberally, *Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009), and interpreting them to raise the "strongest [claims] that they suggest," *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474 (2d Cir. 2006), Plaintiff seeks (1) compassionate release due to the risks of COVID-19 or, alternatively, (2) a preliminary injunction directing enforcement of COVID-19 mitigation measures in his dormitory.  It is hereby

      **ORDERED** that by **February 16, 2021**, Defendants shall (1) file a response to Plaintiff's request at Docket No. 13 in accordance with the Individual Rules and (2) shall email Plaintiff's BOP medical records to the chambers email address.

The Clerk of Court is respectfully directed to (1) notify the New York City Department of Corrections and the New York City Law Department of this Order and (2) mail a copy of this Order to pro se Plaintiff.  The Court requests that Patsy Yang, Cynthia Brann and Margaret Egan waive service of summons.

Dated:  February 5, 2021
    New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE