UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLET DAVIDSON,<br><br>                              Plaintiff,<br><br>              -against-<br><br>NEW YORK DEPARTMENT OF CORRECTIONS et al.,<br><br>                              Defendants. | 20 Civ. 9500 (LGS)<br><br>ORDER |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, the Order, dated January 6, 2021, scheduled an initial conference for March 4, 2021, at 11:00 a.m. (Dkt. No. 11).

WHEREAS, this case has been referred to Judge Aaron for general-pre-trial management (Dkt. No. 14).  It is hereby

**ORDERED** that the conference scheduled for March 4, 2021, at 11:00 a.m., is **cancelled**.

The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff.

Dated:  February 25, 2021
            New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**