```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Willet Davidson,

                    Plaintiff,

-against-

Department of Corrections et al.,

                    Defendants.

1:20-cv-09500 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    In accordance with the Court's February 24, 2021 Order (ECF No. 22), Plaintiff was to file a reply in support of his January 25, 2021 motion (ECF No. 13) no later than March 17, 2021. As of the date of this Order, the Court has not received Plaintiff's reply. It is hereby Ordered that Plaintiff shall file his reply no later than April 27, 2021. If Plaintiff fails to do so, the Court will consider Plaintiff's motion fully briefed.

    The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated:    New York, New York
            April 6, 2021

_____
STEWART D. AARON
United States Magistrate Judge