UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Willet Davidson,

                    Plaintiff,

-against-

Department of Corrections et al.,

                    Defendants.

---

1:20-cv-09500 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. Today, Defendants shall mail to Plaintiff a copy of the endorsed letter filed at ECF No. 22, along with a copy of this Order.

2. No later than June 14, 2021, Plaintiff shall file his reply in support of his motion filed at ECF No. 13.

3. No later than June 3, 2021, Defendants shall file their anticipated motion to dismiss. Plaintiff shall file his opposition no later than July 12, 2021 and Defendants shall file their reply, if any, no later than July 26, 2021.

**SO ORDERED.**

Dated:      New York, New York
             May 6, 2021

_____
STEWART D. AARON
United States Magistrate Judge