UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2021
```

Willet Davidson,

                  Plaintiff,

-against-

Department of Corrections et al.,

                  Defendants.

1:20-cv-09500 (LGS) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

IT IS HEREBY ORDERED that the Warden or other official in charge of Downstate Correctional Facility ("Downstate") produce plaintiff Willet Davidson, DIN 21A0603, on Wednesday, June 30, 2021 at 10:00 a.m., to a suitable location within Downstate that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Katherine Lopez at (212) 805-0274.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact Downstate to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) at the scheduled time, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 with Plaintiff on the line.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated:   New York, New York
         June 7, 2021

_____
STEWART D. AARON
United States Magistrate Judge