USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Willet Davidson,

                              Plaintiff,

-against-

Department of Corrections et al.,

                             Defendants.

1:20-cv-09500 (LGS) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

      Having been informed that Plaintiff has been transferred from Downstate Correctional Facility to Great Meadow Correctional Facility ("Great Meadow"), IT IS HEREBY ORDERED that the Warden or other official in charge of Great Meadow produce plaintiff Willet Davidson, DIN 21A0603, on Wednesday, June 30, 2021 at 10:00 a.m., to a suitable location within Great Meadow that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Katherine Lopez at (212) 805-0274.

      Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact Great Meadow to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) at the scheduled time, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 with Plaintiff on the line.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff at the following address: Willet Davidson, DIN 21A0603, 11739 State Route 22, P.O. Box 51, Comstock, NY 12821-0051 and to update his address on the docket.

**SO ORDERED.**

Dated: New York, New York
June 17, 2021

_____
STEWART D. AARON
United States Magistrate Judge