USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Willet Davidson,

                Plaintiff,

-against-

Department of Corrections et al.,

                Defendants.

1:20-cv-09500 (LGS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The Court has been advised this morning that Great Meadow Correctional Facility ("Great Meadow") is unable to accommodate the telephone conference scheduled for tomorrow, June 30, 2021. Accordingly, it is hereby Ordered that the conference is adjourned until Tuesday, July 20, 2021 at 10:00 a.m.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact Great Meadow to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) at the scheduled time, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 with Plaintiff on the line.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated:     New York, New York
            June 29, 2021

_____
STEWART D. AARON
United States Magistrate Judge