UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Willet Davidson,

                      Plaintiff,

-against-

Department of Corrections et al.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2021

1:20-cv-09500 (LGS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on July 20, 2021, the Court scheduled a telephone conference for September 14, 2021 at 10:00 a.m. (*see* 7/20/2021 Order, ECF No. 37); and

WHEREAS, during the conference on September 14, 2021, Defendants' counsel informed the Court that he had been notified that morning that Great Meadow Correctional Facility ("Great Meadow") was unable to produce Plaintiff for the conference; and

WHEREAS, the court adjourned the conference until today, September 15, 2021 at 11:30 a.m. (*see* 9/14/2021 Text Only Order); and

WHEREAS, Great Meadow was delayed in producing Plaintiff such that the conference could not occur as scheduled.

NOW, THEREFORE, it is hereby ORDERED as follows:

1. Plaintiff's request for an extension of time to seek additional written discovery (as set forth in the Consent Letter filed by Defendants at ECF No. 38) is GRANTED. The deadline for Plaintiff to seek any additional discovery is extended until November 17, 2021 (the current deadline for the completion of all discovery). As set forth in the

Court's prior Order, an extension of the November 17, 2021 deadline shall be granted for good cause shown.

2. No later than November 24, 2021, Defendants shall confer with Plaintiff and file a joint letter indicating whether either side intends to file a dispositive motion and/or whether the parties would like the Court to schedule a settlement conference.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: New York, New York
September 15, 2021

_____
STEWART D. AARON
United States Magistrate Judge