

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/15/2022__

**GEORGIA M. PESTANA**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**BRIAN KRIST**
Tel.: 212-356-2471
email: bkrist@law.nyc.gov

January 14, 2022

*VIA ECF*
Hon. Stewart D. Aaron
United States Magistrate Judge
United States District Court
 for the Southern District of New York
United States District Courthouse
500 Pearl Street
New York, NY 10007

Request GRANTED. SO ORDERED.
Dated: 1/15/2022

*[signature: Stewart D. Aaron]*

    Re: *Davidson v. Brann*
       Dkt. No. 20-cv-09500 (LGS) (SDA)

Your Honor,

  I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York and counsel for the Defendants Cynthia Brann, Patsy Yang and Margaret Egan in the case referenced above.  I write to request a brief 31-day extension of time to file the Defendants' motion for summary judgment set by ECF 42 from January 14, 2022 to February 14, 2022.  I apologize for the late timing of this request, which was precipitated by technological issues affecting my ability to access files today.  I have recently experienced unexpected family medical and childcare emergencies that prevented me from completing preparations for filing this motion.

I am also leaving the Office of the Corporation Counsel, requiring newly-assigned counsel to complete the work of filing for summary judgment in this action, and necessitating some additional time to familiarize themselves with this action.

This is the Defendants' first request for an extension of time. As the Plaintiff is in state custody, I was unable to seek his consent prior to making this application.

Thank you for your consideration of this matter, and be assured of my best wishes for the new year.

Respectfully,

Brian Krist
Assistant Corporation Counsel

cc: Willet Davidson, *Plaintiff pro se*