UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Willet Davidson,

                        Plaintiff,

-against-

Department of Corrections et al.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2022

1:20-cv-09500 (LGS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the Court's March 31, 2022 Order, Plaintiff was to file his opposition to Defendants' motion for summary judgment by May 16, 2022. (3/31/2022 Order, ECF No. 54 (granting extension of time and setting revised briefing schedule).) As of the date of this Order, the Court has not received Plaintiff's opposition or a letter indicating that he does not intend to file any opposition.

It is hereby Ordered that Plaintiff shall file his opposition to Defendants' motion for summary judgment no later than June 30, 2022. Failure to do so will result in the Court deciding the motion on Defendants' motion papers only. If Plaintiff files an opposition, Defendants shall file any reply no later than July 14, 2022.

SO ORDERED.

Dated:      New York, New York
             June 3, 2022

_____
STEWART D. AARON
United States Magistrate Judge