UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLET DAVIDSON,

                Plaintiff,                    20 **CIVIL** 9500 (LGS)

      -against-                    **JUDGMENT**

CYNTHIA BRANN, et al.

               Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 31, 2023, It is hereby ORDERED that the Report is ADOPTED in full. Summary judgment is granted to Defendants; accordingly, the case is closed.

**Dated:**  New York, New York
         February 1, 2023

                                                     **RUBY J. KRAJICK**

                                                                   Clerk of Court

                         **BY:**

                                                                   **Deputy Clerk**